FILED
May 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      SAJ
                Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

AU:22-CR-00095-LY

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>JOHN REAGAN WOOLLEY<br>Defendant | INDICTMENT<br><br>[Ct. 1: 18 U.S.C. § 912 – Impersonation of a Federal Officer] |
|---|---|

THE GRAND JURY CHARGES:

COUNT ONE
Impersonation of a Federal Officer
[18 U.S.C. § 912]

On or about April 22, 2022, in the Western District of Texas, Defendant,

**JOHN REAGAN WOOLLEY,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Deputy United States Marshal of the United States Marshals Service, and in such assumed and pretended character with intent to defraud did act as such, in

that he falsely represented himself as a Deputy United States Marshal and sought information regarding a person.

  In violation of 18 U.S.C. § 912.



A TRUE BILL

FOREPERSON

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: _____
G. KARTHIK SRINIVASAN
ASSISTANT UNITED STATES ATTORNEY